IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD E. WILMSHURST,

        Plaintiff,                    CIV. NO. S- 06-0021 MCE GGH PS

    vs.

BILL LOCKYER, et al.,

        Defendants.              ORDER

/

        Defendants Lerner, Ramirez and Johnson filed a motion to dismiss on February 28, 2006 which is presently calendared for hearing on April 6, 2006. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. April 6, 2006 hearing on the motion to dismss, filed February 28, 2006, is vacated; and

\\\\\

\\\\\

1

1  2. The motion is submitted on the record.

2  DATED: 3/29/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Wilmshurst21.mtd.wpd

2