IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD E. WILMSHURST,

    Plaintiff,                                  CIV. NO. S-06-0021 MCE GGH PS

    vs.

BILL LOCKYER, et al.,

    Defendants.                                ORDER

        Defendants' motion to strike the first amended complaint presently is calendared for hearing on July 27, 2006. Due to this court's findings and recommendations, the motion to strike will be vacated from the calendar without prejudice pending a ruling from the district court.

        Accordingly, IT IS ORDERED that defendants' motion to strike, filed June 16, 2006, and amended on June 20, 2006, is vacated without prejudice.

DATED: 7/24/06

                                                    /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    U. S. MAGISTRATE JUDGE

GGH:076:Wilmshurst21.vac.wpd

1